UNITED STATES of America v. Chester D. HOLMAN, Administrator.
No. 1080.

Circuit Court of Appeals, Tenth Circuit.
April 24, 1934.

L. E. Wyman, Asst. U. S. Atty., of Topeka, Kan., for the United States.

Lee Bond, of Leavenworth, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America v. J. H. JARED, Administrator of the Estate of Ralph R. Jared, and Mary L. Jared.*
No. 6501.

Circuit Court of Appeals, Sixth Circuit.
May 11, 1934.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

*No opinion filed in court below.

George B. Haile, of Cookeville, Tenn., for appellees.

PER CURIAM.

Judgment of District Court affirmed.

UNITED STATES of America v. Bearl JETT.
No. 6414.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1934.

Charles L. Neely, of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for new trial.

UNITED STATES of America v. Mrs. J. J. LAWSON, Administratrix of the Estate of J. J. Lawson.
No. 6464.

Circuit Court of Appeals, Sixth Circuit.
May 9, 1934.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

Langford & McKay and Worth Bryant, all of Cookeville, Tenn., for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded.